IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-00438-PSF-OES
(Consolidated with 04-cv-02322-PSF-CBS)

TIMOTHY C. HOILES,

    Plaintiff and Counterclaim Defendant,

v.

JOSEPH M. ALIOTO,

    Defendant and Counterclaim Plaintiff,

---

Civil Action No. 04-cv-02322-PSF-CBS
(Consolidated with 04-cv-438-PSF-OES)

JOSEPH M. ALIOTO,

    Plaintiff,

v.

TIMOTHY HOILES,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal

has expired or all appellate proceedings have been terminated plus sixty days.

DATED August __4__, 2005.

BY THE COURT:

*[signature]*
Phillip S. Figa, Judge
United States District Court

APPROVED AS TO FORM:

*[signature]*
Attorney for Plaintiff

*[signature]*
Attorney for Defendant